IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW KLIEWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-00124-PRW |
| ) | |
| GARFIELD COUNTY DETENTION ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 10). The Court observes that no party has objected to the Report and Recommendation within the prescribed time limit.[1] The Court has also reviewed Magistrate Judge Erwin's Report and Recommendation *de novo* and agrees with the reasoning and conclusions therein. The Court thus **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiff's claims against Defendant Garfield County Detention Center are **DISMISSED WITH PREJUDICE**, and the claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. Furthermore, Plaintiff's pending motion (Dkt. 6) is **DENIED AS MOOT**.

---

[1] The Report and Recommendation was mailed to Plaintiff but returned as undeliverable. (Dkt. 11). It is incumbent on Plaintiff to inform the Court of any change of address he experiences, so that the Court may communicate with him about his case. *See* LCvR5.4.

**IT IS SO ORDERED** this 7th day of August 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE